# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LOUISE S. FAIRWEATHER, | |
| Plaintiff, | 2:14-cv-00136-RFB-VCF |
| vs. | **ORDER** |
| AT&T MOBILITY LLC, *et al.*, | |
| Defendants. | |

Before the court is the Request for Exception on Attendance Requirements at Settlement Conference (#46).

IT IS HEREBY ORDERED that an in chambers telephonic hearing on the Request for Exception on Attendance Requirements at Settlement Conference (#46) is scheduled for **1:30 p.m., August 28, 2015**. The parties are instructed to call telephone number: (702) 868-4911, access code: 123456, five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 27th day of August, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE